| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy 12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Juan** <br> First name <br><br> **Pablo** <br> Middle name <br><br> **Bruzual** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | **Juan P Bruzual** <br> **Juan Pablo Bruzual** <br> **Juan P Bruzual Trujillo** | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4186** | |

Debtor 1  **Juan Pablo Bruzual**                                    Case number *(if known)*

|   | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
|   | Include trade names and *doing business as* names | | |
| **5.** | **Where you live** | **801 Lavender Circle**<br>**Fort Lauderdale, FL 33327**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>     Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>     Explain. (See 28 U.S.C. § 1408.) |

Debtor 1     **Juan Pablo Bruzual**                                          Case number *(if known)*

### Part 2:  Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you?
    - ■ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101            **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Debtor 1     Juan Pablo Bruzual                                              Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

---

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**     page 4

Debtor 1   **Juan Pablo Bruzual**                                                           Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|   | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of:** ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. ☐ **I am not required to receive a briefing about credit counseling because of**: ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. ☐ **Active duty.** I am currently on active military duty in a military combat zone. If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   Juan Pablo Bruzual                                                                     Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Juan Pablo Bruzual                                                 _____
**Juan Pablo Bruzual**                                                 Signature of Debtor 2
Signature of Debtor 1

Executed on   **August 30, 2019**                         Executed on   _____
             MM / DD / YYYY                                             MM / DD / YYYY

Debtor 1  **Juan Pablo Bruzual**                                                    Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ James B. Miller, Esq.**                                      Date  **August 30, 2019**
Signature of Attorney for Debtor                                          MM / DD / YYYY

**James B. Miller, Esq. 0009164**
Printed name

**James B. Miller, P.A.**
Firm name

**19 West Flagler St.  #416**
**Miami, FL 33130**
Number, Street, City, State & ZIP Code

Contact phone  **305-374-0200**           Email address  **bkcmiami@gmail.com**

**0009164 FL**
Bar number & State

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

Certificate Number: 02998-FLS-CC-033215476



02998-FLS-CC-033215476

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 6, 2019</u>, at <u>4:59</u> o'clock <u>PM EDT</u>, <u>Juan P Bruzual</u> received from <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of Florida</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 6, 2019</u>             By:    <u>/s/Maria Gomez</u>

                                        Name:  <u>Maria Gomez</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

218 Group Corp
8200 NW 41 ST
Ste 200
Miami, FL 33166


Account Service Department
PO Box 731
Mahwah, NJ 07430


Advance Business Capital Llc
C/o Ullman & Ullman, P.A.
7700 W. Camino Real
Suite 401
Boca Raton, FL 33433


Advance Funding
PO Box 75422
Chicago, IL 60675


Alfonso Petite
593 Pigeon Plum Way
Fort Lauderdale, FL 33327


American Express
PO Box 31511
Salt Lake City, UT 84131


American Express
P.O. Box 650448
Dallas, TX 75265


American Honda
Po Box 1027
Alpharetta, GA 30009


Baccichet, Maria Elena
Urb. El Parral, Cojunto Zamurobano
Casa 7 Barquisimeto, Vanezuela


Balboa Capital
2010 Main St.
Ste 1100
Irvine, CA 92614

Balboa Capital Corporation
c/o Michelle A. Chiongson
575 Anton Boulevard
12th Floor
Costa Mesa, CA 92626


Bank of America
PO Box 851001
Dallas, TX 75285


Bank of America
P.O. Box 982234
El Paso, TX 79998


Bank of America
P.O. Box 2284
Brea, CA 92822


Banplus International Bank
a Puerto Rico corporation
c/o Jose Ortiz, Esq.
1441 Brickell Avenue
Miami, FL 33131


Barreto, Heriberto
Av. Principal de los Ruices, Centro
Empresarial Danisa, Piso 1, Los Ruices
Caracas, Venezuela


Best Buy/CBNA
50 Northwest Point Road
Elk Grove Village, IL 60007


Bone McAllister Notron PLLC
511 Union street
Suite 1600
Nashville, TN 37219


Bruzual, Oswaldo
801 Lavender Circle
Fort Lauderdale, FL 33327


Buchholz, Fabian
25 de Mayo, 441 (CP 3540)
Villa Ngela, Chaco Argentina

Calero, Elizabeth
10840 NW 76 Lane
Miami, FL 33178


Carmine Pacificao Pepe
Av. Intercomunal La Boyera, El. Hatillo.
Bosque Encantado. TH. 3-D, La Boyera
Miranda, Venezuela


Casal, Humberto
Calle 102  No. 17 A-15, Apto 202
Chico Navarra
Bogota , Columbia


Cefe
P Box 192649
San Juan, PR 00919


Cesar Gonzalez
2020 N Bayshore Drive
Apt 607
Miami, FL 33137


Chase Card
PO Box 15298
Wilmington, DE 19850


Commercial Credit Group Inc.
Attn: Laura E.F. Thompson
227 West Trade Street
Suite 1450
Charlotte, NC 28202


Continental Bank
Doral Branch
5241 NW 87 Ave
Miami, FL 33178


Continental Tire The Americas, LLC
Law Office Richard P. Boline
1272 SW 82 Ave
1st Floor
Miami, FL 33156

```
Crossroads Financial Technologies
P.O. Box 940
San Jose, CA 95113


Cruz, Ana and Calvo, Jesus
Calle Coromoto, Res. Villa Flor
No. 25 Urbanizacion Avila
Caracas 1050, Venezuela


Customer Service
PO Box 182273
Columbus, OH 43218-2273


Daimler Truck Financial
13650 Heritage Parkway
Fort Worth, TX 76177


Daniel Guenni
7715 NW 46 street
Miami, FL 33166


Daniel Guenni
7715 NW 46 st.
Miami, FL 33166


Daniel Guenni
c/o Aram C. Bloom, Esq.
2525 Ponce De Leon  Boulevard
4th Floor
Miami, FL 33166


Daniel Guenni
7715 nw 46 st
Miami, FL 33166


Delgado, Luis and Perez, Bibiana
9822 NW 9 St.
Miami, FL 33172


DG Nursery, Llc
7715 NW 46 Street
Miami, FL 33166
```

```
Diego Rosario R. Guardi
Attn: Eduardo F. Rodriguez
EFR Law Firm
1548 Brickell Avenue
Miami, FL 33129


DMC Harris Bank
PO Box 3083
Cedar Rapids, IA 52406


ENGS Commercial Finance
P.O. Box 1347
Chicago, IL 60694


ENGS Commercial Finance Co.
One pierce Place
Suite 1100 West
Itasca, IL 60143


ESF LLC
Caine & Weiner Financial
12005 Ford Rd
Suite 300
Dallas, TX 75234


Farroh, Leslie
Urb. El Parral, Calle El Castano,
Conjunto residencial Zamurobano
Case No. 14, Barquisimeto
Estado Lara, Venezuela


Fatima 1592 Inversiones
Calle Higuerote, Resd Plaza Magico
Torre B, Ofic 2-C, Urb. Miranda
Caracas, Venezuela


Fernandez, Henry
Calle H, EDF. Bucare, Piso
4 Apto 4A Santa Rosa de Lima
Caracas, Venezuela


Freedom Debt Relief
4940 S. Wendler Dr.
Tempe, AZ 85282
```

Freedom Truck Finance
12221 Merit Dr
Ste 1175
Dallas, TX 75251


Furiati, Jose
Urbanizacion Campo Alegre, Av. El Paque
Res. La Cortesa, Apto 5-A.
Caracas, Venezuela


Garcia, Jesus and Calvo, Sandra
Calla Valle Alto, Qta. Pisquena
Urb. Santa Fe Sur
Caracas , Venezuela


Gimenez, Ana and Jesus
Urbanizacion Los Naranjos
Case #31 La Rosaleda
Barquisimeto, Venezuela


Gonzalez, Luis
Urbanizacion Valles de camoruco Avenida
09 calle #113 casa #124-30
Valencia, Venezuela


Gonzalez, Rita
Urbanizacion los Palos Grandes
5ta avenida, Edificio Tulipanes
5 piso 5 Apto 5B
Caracas, Venezuela


Guenni, Maria Carolina
Calle Whymper N27-121 y Orellana
Codigo Postal EC 170516
Ecuador , Quito


Gutierrez Karen and Joselyn
251 Crandon Blvd
Key Biscayne, FL 33149


Hector Augusto R. Gomez
c/o Isaac & Salgado Grondin, P.L.
267 Minorca Avenue
Suite 100
Miami, FL 33134

Hernandez Monagas, Juan Carlos
Calle llano Verde Edificio Libra PH2,
Urbanizacion Cerro Verde
Caracas, Venezuela


Hitachi Capital American Corp.
800 Connecticut Avenue
Norwalk, CT 06854


Honda Fianance
PO Box 7829
Philadelphia, PA 19101


Implant Solutions of America Corp
11309 NW 79th Lane
Miami, FL 33178


Implant Solutions of American Corp.
7715 NW 46 Street
Miami, FL 33166


JB&B Capital, Llc
c/o Robert Solove, Esq.
Solove Law Firm, P.A.
12002 SW 128 Ct. Suite 201
Miami, FL 33186


Jose Vicente Gonzalez
2020 N Bayshore Drive
Apt 1006
Miami, FL 33137


Juan Carlos Furiati
7715 NW 46 Street
Unit #8A
Miami, FL 33166


JVG Cargo, llc
2020 N Bayshore Drive
Apt. 1006
Miami, FL 33166


JVG Logistics, Llc
2020 N BAyshore Drive
Apt. 607
Miami, FL 33166

```
Katundi Investment and Services Llc
1820 N Corporate Lakes
 Blvd Suite 109
Fort Lauderdale, FL 33326


LEAF
PO Box 742647
Cincinnati, OH 45274


Luxury Jewelry Class
P.O. Box 100114
Columbia, SC 29202-3114


Macys/DSNB
PO Box 8218
Mason, OH 45040


Madi Logistics Llc
15812 SW 16 Ct
Hollywood, FL 33027


Malava, Valentin
15812 SW 16th Ct.
Hollywood, FL 33027


Marlin Business Bank
PO Box 1626
Mount Laurel, NJ 08054


Martini, Marco Di
Calle Peru, Terraza E. Quinta 14 A,
Urb. Terraza del Club Hipico Estado
Miranda, Venezuela


Martins, Rafael
64 av. Principal, Edf Playa Dorada
Apto 4D
Pampatar, Nueva


Martins, Vicente
Calle Union, Res. Mirador El Hatillo
El Hatillo, Caracas, Venezuela
```

Mesa, Alejandra  
Edif, Majestic Palace, Piso 9  
Apto 9D Calle 5 Urb. Terraza del Avila  
Edo Miranda Venezuela  

Monaco, Candido  
Av. Norte 3 Qta. Virgen de Lourdes  
No. 409 Urb. Los Naranjos  
Caracas 1061 Edo. Miranda, Venezuela  

Monaco, Michelle  
Av. Tiuna Qta. Licia N50 A. Macaracuay  
Miranda Venezuela  

Moreno, Jose Manuel  
Urbanizacion Riveras del Manzanares  
calle Orinco, Town House N4 Cumana  
Estado Sucre, Venezuela  

Nationwide Credit, Inc.  
PO Box 14581  
Des Moines, IA 50306  

PACCAR FINANCIAL CORP.  
c/o John S. Schoene, Esq.  
341 N. Maitland Avenue  
Suite 260  
Maitland, FL 32751  

Pacifico, Bruno  
11002 NW 83rd St.  
Apt. 226  
Miami, FL 33178  

Petit, Riardo  
2875 Eastham LN  
Kissimmee, FL 34741  

PIO 23 Inversiones, C.A  
Calle Higuerote, con el vigia,  
Edif Plaza Magico, 2-C. Urb. Miranda  
Caracas, Venezuela

```
Representaciones Zafiro 2012 C.A
Calle Ppal de Castalta 3
Edf 14, Ofic 804
Caracas, Venezuela


Representaciones Zafiro 2012, C.A.
Calle Principal de Casalta 3
Edificio Bloque 14, Ofic. 804
Caracas, Venezuela


Rivas, Jose Maria
9007 Briar Forest Dr.
Houston, TX 77024


Romualdo Pacifico Pepe
Callo Alto de los pinos, Res. Semeruco.
Casa 5, La Boyera
Estado Miranda, Venuela


South Medical Corp.
7715 NW 46 Street
Suite 8A
Miami, FL 33166


South Medical Corp.
Tower Financial Center
50th Street and Elvira Mendez
16th Floor, Office 3A
Panama City, Panama


SYNCB/Banana Rep
PO Box 965005
Orlando, FL 32896


SYNCB/SAM ASH
950 Forrer Blvd
Dayton, OH 45420


Tab Bank Equipment Financed
4185 Harrison Blvd.
Suite 200
Ogden, UT 84403
```

```
TBK Bank, SSB
c/o Robert M. Borak, Esq.
Spector Rubin, P.A.
3250 Mary Street, Suite 405
Miami, FL 33133


TD Retail Card Servoces
P.O. Box 731
Mahwah, NJ 07430


TDRCS/Luxury Jewelry
1000 Macarthur Blvd
Mahwah, NJ 07430


THD/CBNA
PO Box 6497
Sioux Falls, SD 57117


Trek
P.O. Box 659465
San Antonio, TX 78265-9465


Triuth Business Capital
701 Canyon Drive
Suite 100
Coppell, TX 75019


Trucklenders USA
23 Berry Hill RD
Oyster Bay, NY 11771


Vehicle Lender Group
23 Berry Hills Rd.
Oyster Bay, NY 11771


Vicente Furiati
7715 NW 46 Street
Unit #8A
Miami, FL 33166


Vika Logistics Corp.
8850 NW 18 Ter.
Miami, FL 33172
```

```
Vika Logistics Corp.
7715 NW 46 Street
Unit #8A
Miami, FL 33166


Vika Logistics Corp.
8850 NW 18 Terrace
Miami, FL 33172


Villegas, Juan Carlos
Av. La Salle, Residencia Los Pinos
Colinas de Los Caobos
Caracas, Venezuela


Vitale, Giovanna
Av. 23 de Enero, Qta #67, Calabozo, Edo
Guarico, Venezuela


Volvo
PO Box 26131
Greensboro, NC 27401


Volvo Financial Services
7025 Albert Pick Road
Ste. 105
Greensboro, NC 27409


Wells Fargo Equipment
2700 South Price Rd.
Chandler, AZ 85286


World Omni Financial
PO BOX 91614
Mobile, AL 36691
```