

**ORDERED in the Southern District of Florida on December 11, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

In re:

JUAN PABLO BRUZUAL,            Case No.: 19-21823-BKC-JKO

    Debtor.                                            Chapter 7

_____/

**AGREED ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO FILE OBJECTIONS TO EXEMPTIONS AND/OR
DISCHARGE/DISCHARGEABILITY FOR THE TRUSTEE, THE
U.S. TRUSTEE AND CREDITOR [ECF 42]**
*(and cancelling hearing set for January 8, 2020 at 9:30 a.m.)*

**THIS CAUSE** came before the Court on the Motion [ECF 42] filed by Trustee, Kenneth A. Welt, to extend the deadline for filing objections to exemptions and/or discharge/dischargeability, for the Trustee, the U.S. Trustee and the Creditor, and the

Court having reviewed the Motion and being advised of an agreement between the parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. That the Motion is hereby **GRANTED**. The Trustee, the U.S. Trustee and Creditor, Daniel Guenni, shall have through and including February 3, 2020 within which to file any objections to exemptions and/or discharge/dischargeability in the above styled case.

2. The hearing on the Motion, currently scheduled for 01/08/2020 at 09:30 AM at U.S. Courthouse, 299 E Broward Blvd Room 301 (JKO), Fort Lauderdale, FL is **CANCELLED.**

### #

Submitted by:

Rappaport Osborne & Rappaport, PLLC
Counsel to Trustee
1300 N. Federal Hwy Suite 203
The Squires Building
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350
Email:  office@rorlawfirm.com

Counsel to trustee shall serve a copy of this order on all interested parties and file a certificate of service with the court.