UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

JUAN PABLO BRUZUAL,   Case No.: 19-21823-BKC-JKO
                     Chapter 7
  Debtor.
_____/

### RE-NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM
*(to change date and time)*

Kenneth A. Welt, Chapter 7 Trustee, by and through the undersigned counsel, gives notice that he shall examine **Juan Pablo Bruzual**, under oath on **February 3, 2020, at 10:00 a.m. at the Plantation office of Kozyak Tropin & Throckmorton LLP, 8201 Peters Road, Suite 1000, Office 26, Plantation, Florida 33324**. The examination may continue from day to day until completed.

The examination is pursuant to FRBP 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in FRBP 2004. Pursuant to Local Rule 2004-1 no order shall be necessary.

If the examinee requires an interpreter it is the examinee's responsibility to engage the employment of such interpreter to be present at the examination.

### DUCES TECUM

The examinee is directed to deliver the following documents to counsel for the Trustee five (5) business days prior to the date of the examination:

**SEE EXHIBIT "A" ATTACHED HERETO**

## DEFINITIONS OF TERMS

For purposes of the Notice of Rule 2004 Examination Duces Tecum, attached hereto, the following words shall have the meanings indicated below:

1. "Copies" of documents includes, but is not limited to, duplicates or counterparts of any original produced from the same impression or process as the original by carbon or other chemical or substance or process; negative and positive film and prints of an original or copy of reproductions and facsimiles of an original or copy, whether or not the same size, produced by photographic, micro-photographic, photostatic, xerographic, electronic, computerized, or mechanized process, or by any other process, and enlargement and reductions thereof; and the data or other information comprising a record stored or transmitted as provided in the preceding definition of "Record," and the visible data or other information generated or regenerated or transmitted by such information storage or retrieval or transmission system or device, if it is legible or can be made legible by enlargement or other process.

2. "Debtor" is intended to and shall mean the Debtor listed in the above styled case herein, in addition, his/her attorneys, accountants, agents, servants, associates, employees, representatives, investigators, and others who are or who have been in possession of or may have obtained information for or on behalf of him/her with respect to any matter referred to in the pleadings in the above styled case.

3. "Document" includes each and every original and copy of any written, recorded, or graphic matters, however produced or reproduced and regardless of where located, including but not limited to any summary, schedule, memorandum, note, statement, letter, telegraph, inter or intra-office communication, report, diary, desk or pocket calendar or notebook, day book, appointment book, pamphlet, periodical, work sheet, list, graph, chart, index, tape, record,

drawing, partial or complete report of telephone or oral conversation, compilation, tabulation, computer-stored memory component or device, study, analysis, transcript, minutes, data sheet, data processing card or tape, phone-records, and all memorials of any conversations, meetings or conferences, by telephone or otherwise, and any other writing or recording in the possession, custody or control of Debtor, or his attorneys.  The term "document" shall also include the files in which any documents are maintained, including file folders or file jackets, and adjacent or related exhibit folders in which any documents are filed or maintained.

4.  "Interest" shall be deemed to include corporation, limited partnership, general partnership, limited liability company, joint venture, limited liability partnership, professional association, or other entity, regardless of whether such Interest was ever formed, transacted or open for business, in which (a) you held or had the right to purchase or acquire an ownership interest, whole or fractional, (b) you provided consulting, investment, marketing or other advice, (c) you were an officer, director, shareholder, partner, consultant, investor, adviser, managing executive, managing agent, person in control, or (d) you considered becoming an owner, investor, partner, shareholder, director, officer, managing executive or agent, adviser, or consultant.

5.  "Materials" shall be deemed to include all documents, letters, memoranda, notes and any other written communication and written notes of all oral communications, whether in person or by telephone, and every record of every type, including but not limited to, information stored on any electromagnetic storage device, any written, printed, typed, recorded, or graphic matter, however produced or reproduced or stored, in the possession, custody or control of Debtor, all drafts, notes, or preparatory material concerned with said document, and every additional copy of such record or document where such copy contains any commentary,

notations, or other change whatsoever that does not appear on the original or other copy of the document produced. Also included in this definition is any summary of a document or documents called for hereafter. It is requested that all documents be produced in the manner they are kept in the ordinary course of business.

6. "Petition Date" shall mean the date of filing of the original petition in the above-styled case.

7. "Record" includes but is not limited to each and every book of account and other books of every kind, journals, ledgers, statements, instruments, files, messages, writings of every kind, and other internal or other data and other information of every description made or received by you in the regular course of business or otherwise, regardless of the mode in which it is recorded; the original of any such record includes the data or other information comprising a record stored or transmitted in or by means of any electronic, computerized, mechanized, or other information storage or retrieval or transmission system or device which can upon request generate, regenerate, or transmit the precise data or other information comprising the record, and an original also includes the visible data or other information so generated, regenerated, or transmitted if it is legible or can be made legible by enlargement or other process.

8. "You" or "Your" means the Deponent named herein above, including, but not limited to, his/her agents, employees or other servants, attorneys, representatives of any kind, and any other person or entity acting on behalf or for the benefit of Deponent.

## INSTRUCTIONS

In responding to the Notice of Rule 2004 Examination Duces Tecum, you are required to produce those materials within your custody or control, and in addition, those in the possession

of or obtainable by your attorneys, investigators, adjusters, insurance carriers, representatives, agents or anyone acting on your behalf or on their behalf.

If, in responding to the Subpoena Duces Tecum, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document: (a) The type of document involved and a general description of the context of the document; (b) The name, business and residence addresses and telephone numbers, and any position of the individual from whom the document emanated; (c) The name, business, and residence address and telephone numbers and positions of each individual to whom the document or copy of the document was sent; (d) The privilege upon which Debtor, relies in withholding the document; (e) The facts upon which Debtor, relies on support of his claim that they were privileged to withhold the document or documents; and, (f) the names, business and residence address and telephone numbers, and positions or occupations of individuals known or believed by the Debtor, to have knowledge concerning the factual basis for the Debtor's assertion of privilege with regard to the document.

## **TIME LIMITATION**

This request, in the form of a Notice of Rule 2004 Examination is a continuing one and if, after producing documents, should Debtor obtain or become aware of any further documents responsive to this request, it is requested that the undersigned attorney be contacted immediately and that Deponent produce such further documents at the offices of Rappaport Osborne & Rappaport PLLC, 1300 N. Federal Highway, Suite 203, Boca Raton, FL 33432.

I HEREBY CERTIFY that a true copy of the foregoing was served electronically where available or by regular mail to all those enumerated herein below this January 21, 2020.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Rappaport Osborne & Rappaport, PLLC
Counsel to Trustee
1300 N. Federal Hwy Suite 203
The Squires Buidling
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350


By:_____/s/_____
    Leslie S. Osborne, TRUSTEE
    FLORIDA BAR NO. 0823139


**SERVICE LIST**

- James B Miller    bkcmiami@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Kenneth A Welt    fl10@ecfcbis.com; pacerfilings@gmail.com; kaw@trustesolutions.net; court@trusteeservices.biz
- Corali Lopez-Castro Clc@Kttlaw.Com

South Palm Reporting Agency

**EXHIBIT A**

**PRODUCING DOCUMENTS BY EMAIL OR FLASH DRIVE IS NOT PERMITTED UNLESS EXPRESS PERMISSION GIVEN BY TRUSTEE**

**Please note that unless otherwise specified, all documents sought are for the period dating 2 years prior to the petition date through to the present**

**As to Deponent(s) individually**

1. A complete copy of all US individual Income Tax Returns;
2. A complete copy of all personal financial statements or loan applications prepared by you or others on your behalf, whether for personal use, or issued to banks, other financial institutions, credit card issuers or third parties;
3. All bank account statements, cancelled checks, etc. standing in your name, or jointly with another, or in the name of another, to which you may make deposits and take withdrawals, located anywhere in the world;
4. All other monetary accounts standing in your name, jointly with another, or in the name of another, to which you have access to include: savings account, certificates of deposits, or other monetary instruments, located anywhere in the world;
5. All brokerage statements standing in your name, jointly with another, or in the name of another in which you have an interest, located anywhere in the world;
6. All insurance policies presently in force, including but not limited to the following;
    a. Life insurance, to include cash value or borrowings;
    b. Homeowner policies to include scheduled items;
    c. Automobile policies;
    d. Umbrella policies;
    e. Disability/income policies;
    f. Any insurance policy in which you have an interest of any nature, not identified above;
    g. Any document requesting a change in coverage for the above listed policies;
7. Titles to all real property owned by you, or jointly with another, or in the name of another in which you may have an interest, located anywhere in the world;
8. Titles or registrations for motor vehicles, aircraft, motorcycles, boats, golf carts, or any other such vehicle, whether titled to you individually, jointly, or in the name of another in which you may have an interest, located anywhere in the world;
9. Copies of all trust documents in which you were the grantor or in which you may have some beneficial interest;
10. Copies of all gift tax returns, IRS Form 706, which you may have filed or caused to be filed on your behalf, for any calendar year since 2008;
11. All current promissory notes to which you are the maker;
12. All current loan documents in which you are the obligor;
13. A schedule of contingent assets that may exist as of the present date giving full particulars;

14. A schedule of contingent liabilities to which you may be exposed to as of the present date giving full particulars;
15. All employment agreements to which you are party or in which you have been a party;
16. All documents recording loans or notes receivable that are due to you as of the current date;
17. All mortgages and mortgage notes to which you are a mortgagee, as of the current date;
18. All documents evidencing transfer of real, intangible or personal property made by you to another that had a value in excess of $1,000;
19. All stock certificates, certificates of membership, in any entity, corporation, limited company, partnership, joint venture in which you have an interest at the present date;
20. Appraisals made of any real property or tangible personal property owned by you, jointly or with another in which you have an interest, located anywhere in the world;
21. Any judgments or recorded claims filed against you as of the present date;
22. Any and all Contracts for safe deposit boxes/vaults;
23. Internal Revenue Service audit reports and related correspondence;
24. Any retirement, pension, or profit sharing plans in which you are a party or have an interest in, including plan origination documents, statements evidence value, deposits and disbursements, and any documents evidencing the source of deposits.