UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                                                      Chapter 7

Juan Pablo Bruzual,                                                                       Case No. 19-21823-JKO

          Debtor.
_____/

**CROSS NOTICE OF TAKING RULE 2004 EXAMINATION DUCES TECUM**

Creditor, Daniel Guenni ("Creditor"), by and through undersigned counsel, hereby gives notice that it will examine the following person, under oath, at the following date, time and location:

    Examinee:    Juan Pablo Bruzual
    Date:    February 3, 2020
    Time:    10:00 a.m.
    Location:    Kozyak Tropin & Throckmorton, LLP,
                   8201 Peters Road, Suite 1000, Office 26,
                   Plantation, FL 33324

The examination may continue from day to day until completed. The examination is pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Rule 2004 of the Federal Rules of Bankruptcy Procedure. Pursuant to Local Rule 2004-1 no order shall be necessary. Undersigned counsel reserves the right to ask any and all questions at the time of the examination, and review any and all documents produced at the examination.

**Juan Pablo Bruzual is required to produce to undersigned counsel a copy of all documents and items responsive to the document requests set forth in the** *Re-Notice of Taking Rule 2004 Examination Duces Tecum* **[ECF No. 55] filed by Kenneth A. Welt the Chapter 7**

1

Trustee (the "Trustee's Re-Notice") by the same date and time as required in the Trustee's Re-Notice.

Dated: January 21, 2020

        Respectfully submitted,

        **KOZYAK TROPIN & THROCKMORTON, LLP**
        *Counsel for Daniel Guenni*
        2525 Ponce de Leon Blvd., 9th Floor
        Miami, Florida 33134
        Tel.:   (305) 372-1800
        Fax:   (305) 372-3508
        Email: clc@kttlaw.com

        By: /s/ Corali Lopez-Castro
            Corali Lopez-Castro
            Florida Bar No. 863830

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 21, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

        By: /s/ Corali Lopez-Castro
            Corali Lopez-Castro