

**ORDERED in the Southern District of Florida on March 5, 2020.**

*Paul G. Hyman, Jr.,Judge*
*United States Bankruptcy Court*

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

JUAN PABLO BRUZUAL,                    Case No.: 19-21823-BKC-PGH

    Debtor.                    Chapter 7

_____/

**AGREED ORDER GRANTING THIRD MOTION FOR EXTENSION**
**OF TIME TO FILE OBJECTIONS TO EXEMPTIONS AND**
**DISCHARGE/DISCHARGEABILITY FOR THE TRUSTEE, THE**
<u>**U.S. TRUSTEE AND CREDITOR [ECF 65]**</u>
*(and cancelling hearing set for March 26, 2020 at 9:30 a.m.)*

**THIS CAUSE** came before the Court on the Third Motion [ECF 65] filed by Trustee, Kenneth A. Welt, to extend the deadline for filing objections to exemptions and discharge/dischargeability, for the Trustee, the U.S. Trustee and the Creditor, Daniel

Guenni, and the Court having reviewed the Motion and being advised of an agreement between the parties, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.      That the Motion is hereby **GRANTED**.  The Trustee, the U.S. Trustee and Creditor, Daniel Guenni, shall have through and including April 1, 2020  within which to file any objections to exemptions and discharge/dischargeability in the above styled case.

2.      The hearing on the Motion, scheduled  for March 26, 2020 at 9:30 a.m., is CANCELLED.

###

Submitted by:

Rappaport Osborne & Rappaport, PLLC
Counsel to Trustee
1300 N. Federal Hwy Suite 203
The Squires Building
Boca Raton, FL 33432
Telephone: (561) 368-2200
Facsimile: (561) 338-0350
Email:  office@rorlawfirm.com

Counsel to trustee shall serve a copy of this order on all interested parties and file a certificate of service with the court.