UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:                                                                  Case No.: 19-21823-BKC-PDR
                                                                        Chapter 7
JUAN PABLO BRUZUAL,

    Debtors.
_____/

### NOTICE OF WITHDRAWAL OF TRUSTEE'S EIGHTH MOTION TO EXTEND TIME TO OBJECT TO DEBTOR'S CLAIMED EXEMPTIONS, IN ADDITION TO EIGHTH MOTION TO EXTEND TIME TO FILE SECTION 727 COMPLAINT OBJECTING TO DISCHARGE OF DEBTOR (ECF 115)

*(and request for cancellation of hearing set for 9/24/2020 at 10 a.m.)*

Kenneth A. Welt**,** Trustee, by and through his undersigned counsel, gives notice of his withdrawal of *Trustee's Eighth Motion to Extend Time to Object to Debtor's Claimed Exemptions, in addition to Eighth Motion to Extend Time to File Section 727 Complaint Objecting to Discharge of Debtor* [ECF 115] as order approving Compromise of Controversy has been entered [ECF 117].

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    Rappaport Osborne & Rappaport, PLLC
    Counsel to Trustee
    1300 N. Federal Hwy #203
    Boca Raton, FL 33432
    Telephone: (561) 368-2200
    Facsimile: (561) 338-0350
    Email: office@rorlawfirm.com

    By:___/s/_____
       Leslie S. Osborne
       Florida Bar No. 0823139

SERVICE LIST:

- Interested Parties