UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| In re: | § | Case No. 19-21823-PDR |
|---|---|---|
| | § | |
| JUAN PABLO BRUZUAL | § | |
| | § | |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kenneth A. Welt, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20.00 | Assets Exempt: | $73,881.84 |
| Total Distributions to Claimants: | $6,053.95 | Claims Discharged Without Payment: | $15,037,705.53 |
| Total Expenses of Administration: | $13,946.05 | | |

3) Total gross receipts of $20,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $10,815.95 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $13,946.05 | $13,946.05 | $13,946.05 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $13,996,285.74 | $2,068,716.13 | $2,068,716.13 | $6,053.95 |
| **Total Disbursements** | $14,007,101.69 | $2,082,662.18 | $2,082,662.18 | $20,000.00 |

4). This case was originally filed under chapter 7 on 08/30/2019. The case was pending for 38 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/19/2022          By:   /s/ Kenneth A. Welt
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Potential Fraudulent Transfers | 1241-000 | $20,000.00 |
| **TOTAL GROSS RECEIPTS** | | $20,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trek | 4210-000 | $10,815.95 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $10,815.95 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth A. Welt, Trustee | 2100-000 | NA | $2,750.00 | $2,750.00 | $2,750.00 |
| Kenneth A. Welt, Trustee | 2200-000 | NA | $186.76 | $186.76 | $186.76 |
| International Sureties, Ltd. | 2300-000 | NA | $8.37 | $8.37 | $8.37 |
| Veritex Community Bank | 2600-000 | NA | $226.87 | $226.87 | $226.87 |
| Rappaport Osborne & Rappaport, PLLC, Attorney for Trustee | 3210-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Rappaport Osborne & Rappaport, PLLC, Attorney for Trustee | 3220-000 | NA | $774.05 | $774.05 | $774.05 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $13,946.05 | $13,946.05 | $13,946.05 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $1,432.62 | $1,432.62 | $5.54 |
| 2 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $53,560.94 | $53,560.94 | $206.96 |
| 3 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $65,953.86 | $65,953.86 | $254.85 |
| 4 | BMO Harris Bank N.A. | 7100-000 | $0.00 | $65,953.86 | $65,953.86 | $254.85 |
| 5 | Commercial Credit Group Inc. | 7100-000 | $349,440.00 | $138,228.09 | $138,228.09 | $534.12 |
| 6 | ENGS Commercial Finance Co. | 7100-000 | $0.00 | $94,159.97 | $94,159.97 | $363.84 |
| 7 | ENGS Commercial Finance Co. | 7100-000 | $0.00 | $90,789.63 | $90,789.63 | $350.81 |
| 8 | ENGS Commercial Finance Co. | 7100-000 | $22,376.80 | $59,681.15 | $59,681.15 | $230.61 |
| 9 | Bank of America, N.A. | 7100-000 | $7,264.65 | $17,635.04 | $17,635.04 | $68.14 |
| 10 | JPMorgan Chase Bank, N.A. | 7100-000 | $0.00 | $22,037.85 | $22,037.85 | $85.16 |
| 11 | TD Retail Card Services | 7100-000 | $0.00 | $973.60 | $973.60 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 11; TD Retail Card Services) | 7100-001 | $0.00 | $0.00 | $0.00 | $3.76 |
| 12 | Bank of America, N.A. | 7100-000 | $16,661.26 | $32,392.12 | $32,392.12 | $125.16 |
| 13 | American Express National Bank c/o Becket and Lee LLP | 7100-000 | $1,408.43 | $1,549.60 | $1,549.60 | $5.99 |
| 14 | Taylor & Associates, Attorneys at Law, PL | 7100-000 | $12,234.78 | $8,378.50 | $8,378.50 | $32.37 |
| 15 | Citibank, N.A. | 7100-000 | $0.00 | $5,502.04 | $5,502.04 | $21.26 |
| 16 | Department Stores National Bank c/o Quantum3 Group LLC | 7100-000 | $0.00 | $864.61 | $864.61 | $0.00 |
|  | Clerk, US Bankruptcy Court | 7100-001 | $0.00 | $0.00 | $0.00 | $3.34 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | (Claim No. 16; Department Stores National Bank c/o Quantum3 Group LLC) |  |  |  |  |  |
| 17 | Hector Augusto R. Gomez | 7100-000 | $56,130.00 | $20,917.52 | $20,917.52 | $0.00 |
|  | CLERK, U.S. BANKRUPTCY COURT (Claim No. 17; Hector Augusto R. Gomez) | 7100-001 | $0.00 | $0.00 | $0.00 | $80.83 |
| 18 | Domingo Leon Ottati Gams | 7100-000 | $48,351.74 | $123,974.21 | $123,974.21 | $479.04 |
| 19 | Commercial Equipment Finance International LLC | 7100-000 | $58,877.72 | $157,150.15 | $157,150.15 | $607.23 |
| 20 | PACCAR Financial Corp. | 7100-000 | $113,105.02 | $88,105.02 | $88,105.02 | $340.44 |
| 21 | Jose Maria Rivas Mileo | 7100-000 | $61,700.43 | $251,089.30 | $251,089.30 | $970.22 |
| 22 | Freddy Rivas | 7100-000 | $53,341.83 | $42,514.88 | $42,514.88 | $164.28 |
| 23 | VFS US LLC attn: bankruptcy group | 7100-000 | $0.00 | $223,897.79 | $223,897.79 | $865.15 |
| 24 | Advance Business Capital Llc | 7200-000 | $220,349.73 | $501,973.78 | $501,973.78 | $0.00 |
|  | Account Service Department | 7100-000 | $810.79 | $0.00 | $0.00 | $0.00 |
|  | ADA Properties & Peter Lawrence | 7100-000 | $40,569.55 | $0.00 | $0.00 | $0.00 |
|  | Adobe | 7100-000 | $74.96 | $0.00 | $0.00 | $0.00 |
|  | ADP | 7100-000 | $1,490.82 | $0.00 | $0.00 | $0.00 |
|  | Advance Funding | 7100-000 | $16,144.05 | $0.00 | $0.00 | $0.00 |
|  | Affinity Truck Center | 7100-000 | $750.00 | $0.00 | $0.00 | $0.00 |
|  | Alfonso Petite | 7100-000 | $103,400.00 | $0.00 | $0.00 | $0.00 |
|  | American Honda | 7100-000 | $11,954.00 | $0.00 | $0.00 | $0.00 |
|  | American Towing Service | 7100-000 | $2,268.75 | $0.00 | $0.00 | $0.00 |
|  | AmeriQuest | 7100-000 | $3,223.75 | $0.00 | $0.00 | $0.00 |
|  | Amrock Financial | 7100-000 | $15,040.00 | $0.00 | $0.00 | $0.00 |
|  | Arquimedes Grille Nixon | 7100-000 | $11,700.43 | $0.00 | $0.00 | $0.00 |
|  | AutoNation | 7100-000 | $1,493.35 | $0.00 | $0.00 | $0.00 |
|  | Baccichet, Maria Elena | 7100-000 | $128,000.56 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Balboa Capital Corporation | 7100-000 | $124,175.98 | $0.00 | $0.00 | $0.00 |
| Banplus International Bank | 7100-000 | $304,598.87 | $0.00 | $0.00 | $0.00 |
| Barreto, Heriberto | 7100-000 | $36,198.76 | $0.00 | $0.00 | $0.00 |
| Becker & Poliakoff | 7100-000 | $3,680.00 | $0.00 | $0.00 | $0.00 |
| Best Buy/CBNA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Blue Beacon Interational, Inc. | 7100-000 | $1,695.75 | $0.00 | $0.00 | $0.00 |
| BMO Transportation Finance | 7100-000 | $14,860.11 | $0.00 | $0.00 | $0.00 |
| Boulevard Tire Center | 7100-000 | $2,443.71 | $0.00 | $0.00 | $0.00 |
| Bruzual, Oswaldo | 7100-000 | $70,450.75 | $0.00 | $0.00 | $0.00 |
| Buchholz, Fabian | 7100-000 | $111,449.00 | $0.00 | $0.00 | $0.00 |
| Calero, Elizabeth | 7100-000 | $42,379.60 | $0.00 | $0.00 | $0.00 |
| Carmine Pacificao Pepe | 7100-000 | $96,733.43 | $0.00 | $0.00 | $0.00 |
| Casal, Humberto | 7100-000 | $45,433.29 | $0.00 | $0.00 | $0.00 |
| Cefe | 7100-000 | $51,172.07 | $0.00 | $0.00 | $0.00 |
| Cesar Gonzalez | 7100-000 | $235,000.00 | $0.00 | $0.00 | $0.00 |
| Cintas Corporation Office 6 Headquarters | 7100-000 | $2,073.83 | $0.00 | $0.00 | $0.00 |
| Comcast Corporate Office 7 Headquarters | 7100-000 | $624.54 | $0.00 | $0.00 | $0.00 |
| Concentra Occupational Health | 7100-000 | $68.50 | $0.00 | $0.00 | $0.00 |
| Conla Tires | 7100-000 | $1,546.02 | $0.00 | $0.00 | $0.00 |
| Continental Bank | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Continental Tire The Americas, LLC | 7100-000 | $95,678.78 | $0.00 | $0.00 | $0.00 |
| Crossroads Financial Technologies | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Crum & Forster | 7100-000 | $23,221.32 | $0.00 | $0.00 | $0.00 |
| Cruz, Ana and Calvo, Jesus | 7100-000 | $22,716.46 | $0.00 | $0.00 | $0.00 |
| Daimler Truck Financial | 7100-000 | $132,517.21 | $0.00 | $0.00 | $0.00 |
| Daniel Guenni | 7100-000 | $3,670,072.30 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Daniel Guenni | 7100-000 | $1,150,000.00 | $0.00 | $0.00 | $0.00 |
| Daniel Guenni | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| DAT Solutions | 7100-000 | $469.00 | $0.00 | $0.00 | $0.00 |
| Davila Truck Maintenance Llc | 7100-000 | $9,816.11 | $0.00 | $0.00 | $0.00 |
| Delgado, Luis and Perez, Bibiana | 7100-000 | $66,878.93 | $0.00 | $0.00 | $0.00 |
| DG Nursery, Llc | 7100-000 | $132,700.00 | $0.00 | $0.00 | $0.00 |
| Diego Rosario R. Guardi | 7100-000 | $64,867.00 | $0.00 | $0.00 | $0.00 |
| Discount Diesel Truck Part, Inc. | 7100-000 | $3,667.87 | $0.00 | $0.00 | $0.00 |
| DMC Harris Bank | 7100-000 | $15,000.00 | $0.00 | $0.00 | $0.00 |
| Dr. Bayona Trailer & Chassis | 7100-000 | $1,134.62 | $0.00 | $0.00 | $0.00 |
| E-Z Pass | 7100-000 | $8,306.04 | $0.00 | $0.00 | $0.00 |
| EFS LLC | 7100-000 | $46,597.28 | $0.00 | $0.00 | $0.00 |
| Farroh, Leslie | 7100-000 | $57,840.75 | $0.00 | $0.00 | $0.00 |
| Fatima 1592 Inversiones | 7100-000 | $246,631.26 | $0.00 | $0.00 | $0.00 |
| FedEx | 7100-000 | $2,415.35 | $0.00 | $0.00 | $0.00 |
| Fernandez, Henry | 7100-000 | $44,653.33 | $0.00 | $0.00 | $0.00 |
| Freedom Debt Relief | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Freedom Truck Finance | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Furiati, Jose | 7100-000 | $39,779.79 | $0.00 | $0.00 | $0.00 |
| Garcia, Jesus and Calvo, Sandra | 7100-000 | $20,698.24 | $0.00 | $0.00 | $0.00 |
| Garcia, Jesus Manuel | 7100-000 | $53,372.42 | $0.00 | $0.00 | $0.00 |
| Garofalo, Donato | 7100-000 | $64,867.00 | $0.00 | $0.00 | $0.00 |
| Gimenez, Ana and Jesus | 7100-000 | $48,594.57 | $0.00 | $0.00 | $0.00 |
| GM Financial | 7100-000 | $4,955.64 | $0.00 | $0.00 | $0.00 |
| Gonzalez, Luis | 7100-000 | $28,829.92 | $0.00 | $0.00 | $0.00 |
| Gonzalez, Rita | 7100-000 | $94,395.33 | $0.00 | $0.00 | $0.00 |
| Great America Financial Services | 7100-000 | $778.90 | $0.00 | $0.00 | $0.00 |
| Group Corp | 7100-000 | $43,947.80 | $0.00 | $0.00 | $0.00 |
| Guenni, Maria Carolina | 7100-000 | $39,814.54 | $0.00 | $0.00 | $0.00 |
| Gutierrez Karen and Joselyn | 7100-000 | $53,974.92 | $0.00 | $0.00 | $0.00 |
| Health Care Center Miami | 7100-000 | $1,015.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| Hernandez Monagas, Juan Carlos | 7100-000 | $46,675.91 | $0.00 | $0.00 | $0.00 |
| Hitachi Capital American Corp. | 7100-000 | $91,377.33 | $0.00 | $0.00 | $0.00 |
| Honda Fianance | 7100-000 | $4,441.82 | $0.00 | $0.00 | $0.00 |
| Hoyt's Truck Center | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| Implant Solutions of America Corp | 7100-000 | $176,910.00 | $0.00 | $0.00 | $0.00 |
| Implant Solutions of American 7 Corp. | 7100-000 | $100,000.00 | $0.00 | $0.00 | $0.00 |
| J I Tires Inc | 7100-000 | $1,232.10 | $0.00 | $0.00 | $0.00 |
| Jati Tires Services | 7100-000 | $1,326.80 | $0.00 | $0.00 | $0.00 |
| JB&B Capital, Llc | 7100-000 | $99,835.00 | $0.00 | $0.00 | $0.00 |
| Jesus Garcia and Sandra Calvo | 7100-000 | $65,461.38 | $0.00 | $0.00 | $0.00 |
| Jose Vicente Gonzalez | 7100-000 | $235,000.00 | $0.00 | $0.00 | $0.00 |
| JVG Cargo, llc | 7100-000 | $76,425.00 | $0.00 | $0.00 | $0.00 |
| JVG Logistics, Llc | 7100-000 | $114,325.00 | $0.00 | $0.00 | $0.00 |
| Katundi Investment and Services 5 Llc | 7100-000 | $70,826.27 | $0.00 | $0.00 | $0.00 |
| Kenworth Of South Florida | 7100-000 | $71.48 | $0.00 | $0.00 | $0.00 |
| Lamond Leasing And Financing, 7 LLc | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| LEAF | 7100-000 | $10,818.96 | $0.00 | $0.00 | $0.00 |
| Lou Bachrodt Freightliner | 7100-000 | $203.56 | $0.00 | $0.00 | $0.00 |
| Love's Corporate Office | 7100-000 | $2,777.25 | $0.00 | $0.00 | $0.00 |
| Lucietto, Daniella | 7100-000 | $54,450.51 | $0.00 | $0.00 | $0.00 |
| Lutkoff Law, PLLC | 7100-000 | $828.00 | $0.00 | $0.00 | $0.00 |
| Luxury Jewelry Class | 7100-000 | $810.79 | $0.00 | $0.00 | $0.00 |
| M&M Dot Safety Service Corp. | 7100-000 | $4,994.00 | $0.00 | $0.00 | $0.00 |
| Madi Logistics Llc | 7100-000 | $194,484.86 | $0.00 | $0.00 | $0.00 |
| Magna Office Systems | 7100-000 | $17.24 | $0.00 | $0.00 | $0.00 |
| Malava, Valentin | 7100-000 | $63,286.06 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Markel American Insurance | 7100-000 | $53,753.25 | $0.00 | $0.00 | $0.00 |
| Marketing & Trade Solutions | 7100-000 | $15,320.00 | $0.00 | $0.00 | $0.00 |
| Marlin Business Bank | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| Marlin Leasing | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Martini, Marco Di | 7100-000 | $33,993.39 | $0.00 | $0.00 | $0.00 |
| Martins, Rafael | 7100-000 | $42,898.86 | $0.00 | $0.00 | $0.00 |
| Martins, Vicente | 7100-000 | $69,400.36 | $0.00 | $0.00 | $0.00 |
| Mesa, Alejandra | 7100-000 | $58,970.00 | $0.00 | $0.00 | $0.00 |
| Miami Tire Soles | 7100-000 | $4,870.92 | $0.00 | $0.00 | $0.00 |
| Modular Space Corporation | 7100-000 | $3,916.50 | $0.00 | $0.00 | $0.00 |
| Monaco, Candido | 7100-000 | $264,518.85 | $0.00 | $0.00 | $0.00 |
| Monaco, Michelle | 7100-000 | $140,445.21 | $0.00 | $0.00 | $0.00 |
| Moreno, Jose Manuel | 7100-000 | $41,307.85 | $0.00 | $0.00 | $0.00 |
| New Englad Produce Center, Inc | 7100-000 | $111.65 | $0.00 | $0.00 | $0.00 |
| Nextra Truck Center | 7100-000 | $20,073.19 | $0.00 | $0.00 | $0.00 |
| Nissan | 7100-000 | $1,545.00 | $0.00 | $0.00 | $0.00 |
| Pacifico, Bruno | 7100-000 | $89,370.24 | $0.00 | $0.00 | $0.00 |
| People's Financial Corporation | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Petit, Riardo | 7100-000 | $23,233.03 | $0.00 | $0.00 | $0.00 |
| Pilot Travel Centers Llc | 7100-000 | $7,477.16 | $0.00 | $0.00 | $0.00 |
| PIO 23 Inversiones, C.A | 7100-000 | $206,281.00 | $0.00 | $0.00 | $0.00 |
| Power & Energy USA Inc | 7100-000 | $384.60 | $0.00 | $0.00 | $0.00 |
| Pro-Net, Inc. | 7100-000 | $799.90 | $0.00 | $0.00 | $0.00 |
| Rechtien International Trucks | 7100-000 | $4,765.22 | $0.00 | $0.00 | $0.00 |
| Representaciones Zafiro 2012, C.A. | 7100-000 | $221,682.37 | $0.00 | $0.00 | $0.00 |
| Roadway Towing & Recovery | 7100-000 | $1,600.00 | $0.00 | $0.00 | $0.00 |
| Romualdo Pacifico Pepe | 7100-000 | $39,391.20 | $0.00 | $0.00 | $0.00 |
| Rozencwaig & Nadel, Llp | 7100-000 | $3,012.00 | $0.00 | $0.00 | $0.00 |
| Ryder | 7100-000 | $230,632.67 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Transportation Services |  |  |  |  |  |
| South Medical Corp. | 7100-000 | $248,970.00 | $0.00 | $0.00 | $0.00 |
| South Medical Corp. | 7100-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| Starr Indemnity & Liability | 7100-000 | $33,081.00 | $0.00 | $0.00 | $0.00 |
| Stoops Freightliner-Quality Trailer | 7100-000 | $2,720.00 | $0.00 | $0.00 | $0.00 |
| STS Trailer & Truck Equipment | 7100-000 | $1,174.50 | $0.00 | $0.00 | $0.00 |
| SYNCB/Banana Rep | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| SYNCB/SAM ASH | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| TA Truck Services | 7100-000 | $681.71 | $0.00 | $0.00 | $0.00 |
| Tab Bank Equipment Financed | 7100-000 | $12,000.00 | $0.00 | $0.00 | $0.00 |
| TBK Bank, SSB | 7100-000 | $84,427.00 | $0.00 | $0.00 | $0.00 |
| The Goodyear Tire & Rubber 54 Company | 7100-000 | $76,858.77 | $0.00 | $0.00 | $0.00 |
| TNT Sales | 7100-000 | $28,331.67 | $0.00 | $0.00 | $0.00 |
| Transportation Alliance Bank | 7100-000 | $12,834.00 | $0.00 | $0.00 | $0.00 |
| Triumph Business Capital | 7100-000 | $579,045.32 | $0.00 | $0.00 | $0.00 |
| Trucklenders USA | 7100-000 | $61,692.62 | $0.00 | $0.00 | $0.00 |
| Truckstop.com | 7100-000 | $4,196.00 | $0.00 | $0.00 | $0.00 |
| Vargas, Piedra & Co CPA, PA | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Vehicle Lender Group | 7100-000 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| Vertical Logistics | 7100-000 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| Villegas, Juan Carlos | 7100-000 | $37,393.83 | $0.00 | $0.00 | $0.00 |
| Vitale, Giovanna | 7100-000 | $58,970.00 | $0.00 | $0.00 | $0.00 |
| Volvo | 7100-000 | $593,535.21 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Equipment | 7100-000 | $21,183.90 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Vendor Financial 68 Services | 7100-000 | $12,023.22 | $0.00 | $0.00 | $0.00 |
| Wester Idaho | 7100-000 | $559.39 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | Freightliner | | | | | |
| | Wheel Alignment Tech. | 7100-000 | $9,282.50 | $0.00 | $0.00 | $0.00 |
| | World Omni Financial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Xerox Financial Services | 7100-000 | $536.07 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $13,996,285.74 | $2,068,716.13 | $2,068,716.13 | $6,053.95 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 19-21823-PDR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | Date Filed (f) or Converted (c): | 08/30/2019 (f) |
| For the Period Ending: | 10/19/2022 | §341(a) Meeting Date: | 10/03/2019 |
| | | Claims Bar Date: | 11/07/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 2018 Honda Odyssey Lease | $0.00 | $0.00 | OA | $0.00 | FA |
| 2 | Household Goods and Furnishings | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 | T.V.'s, computers, laptop, cd's, dvd player. Tenants by the Entireties | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Bicycle and accessories | $1,200.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Amended value on DE 40, originally listed with a value of $200. | | | | | |
| 5 | Men clothing, men shoes, ties, belts, hats, workout clothing and accesories | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Fitness Watch | $10.00 | $0.00 | | $0.00 | FA |
| 7 | 2 dogs | Unknown | $0.00 | | $0.00 | FA |
| 8 | Cash | $20.00 | $0.00 | | $0.00 | FA |
| 9 | checking xxxx164-2 Continental Bank Doral Branch 5241 NW 87 Avenue Doral, Fl. 33178 | $0.83 | $0.00 | | $0.00 | FA |
| 10 | checking xxxx5715 Chase 1799 Bell Tower Ln Weston, FL 33326 | $0.00 | $0.00 | | $0.00 | FA |
| 11 | checking xxx3778 Bank of America 296 Indian Trace Weston, FL 33326 Tenants be the Entirety | $64,351.72 | $0.00 | | $0.00 | FA |
| 12 | Checking acct. xxxx2660 Bank of America 296 Indian Trace Weston, FL 33326 | $19.29 | $0.00 | | $0.00 | FA |
| 13 | Vika Logistics Corp. 8850 NW 18 Terrace Doral, FL. 33172 30% | Unknown | $0.00 | | $0.00 | FA |
| 14 | Vika Enterprises Llc 7715 NW 46 Street Doral, FL. 33166 30% | Unknown | $0.00 | | $0.00 | FA |
| 15 | Vika Holdings Llc 8850 NW 18 Terrace Doral, Fl. 33172 30% | Unknown | $0.00 | | $0.00 | FA |
| 16 | Vika Equipment, Llc 8850 NW 18 Terrace Miami, Fl. 33172 30% | Unknown | $0.00 | | $0.00 | FA |
| 17 | Janko Logistics, Corp. 8200 NW 41 St Street Suite 200 Doral, FL. 33166 30% | Unknown | $0.00 | | $0.00 | FA |
| 18 | Vika Logistics Llc. 8850 nw 18 Terrace Doral, Fl. 33172 30% | Unknown | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2    Exhibit 8

| Case No.: | 19-21823-PDR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | Date Filed (f) or Converted (c): | 08/30/2019 (f) |
| For the Period Ending: | 10/19/2022 | §341(a) Meeting Date: | 10/03/2019 |
| | | Claims Bar Date: | 11/07/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Pre-Paid rent 801 Lavender Circle Fort Lauderdale, Fl. 33327 | $7,000.00 | $0.00 | | $0.00 | FA |
| 20 | Realtor License-Florida | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Potential claims against Daniel Guenni Chacon | Unknown | $0.00 | | $0.00 | FA |
| 22 | Potential Fraudulent Transfers (u) | $20,000.00 | $20,000.00 | | $20,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                      **Gross Value of Remaining Assets**
                                    $93,901.84            $20,000.00                          $20,000.00                                              $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/01/2021 | Debtor making timely payments per settlement.  (LT) |
| 04/01/2021 | Debtor making timely payments per settlement.  (LT) |
| 12/30/2020 | Debtor has not made payment that was due 12/1/20.  Default letter will be sent out this week.  Trustee reviewed case progress.  (LT) |
| 11/15/2020 | Debtor making timely payments per settlement. He has paid $7,000 as of today and still owe $13,000 on settlement.  Trustee reviewed case status. (LT) |
| 07/27/2020 | Trustee's counsel advised a settlement was reached.  Debtor will pay the estate $20,000.  Waiting on Debtor to sign stipulation then motion to compromise will be filed.  Trustee reviewed case progress. (LT) |
| 04/15/2020 | Settlement negotiations still ongoing.  Trustee reviewed case progress. (LT) |
| 12/30/2019 | Rule 2004 examination of Debtor scheduled for Feb. 2020 |

Initial Projected Date Of Final Report (TFR):   12/31/2021      Current Projected Date Of Final Report (TFR):   12/31/2021     /s/ KENNETH A. WELT
                                                                                                                                KENNETH A. WELT

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-21823-PDR | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0428 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/30/2019 | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 10/19/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2020 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $5,000.00 | | $5,000.00 |
| 09/25/2020 | (22) | Juan P. Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $6,000.00 |
| 10/28/2020 | (22) | Juan P. Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $7,000.00 |
| 10/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.25 | $6,989.75 |
| 11/30/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.55 | $6,979.20 |
| 12/30/2020 | 11001 | International Sureties, Ltd. | Renewal of Chapter 7 Blanket Bond for 1/1/21 to 1/1/22. Bond #016027932 | 2300-000 | | $8.37 | $6,970.83 |
| 12/31/2020 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $11.26 | $6,959.57 |
| 01/09/2021 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $7,959.57 |
| 01/29/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.33 | $7,947.24 |
| 02/15/2021 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $8,947.24 |
| 02/26/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $12.26 | $8,934.98 |
| 03/05/2021 | (22) | Juan P. Bruzual | REVERSED BECAUSE CHECK SCANNED FOR WRONG AMOUNT. IT'S ONLY $1,0000 NOT $1,000.09.   Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.09 | | $9,935.07 |
| 03/05/2021 | (22) | DEP REVERSE: Juan P. Bruzual | REVERSED BECAUSE CHECK SCANNED FOR WRONG AMOUNT. IT'S ONLY $1,0000 NOT $1,000.09.   Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | ($1,000.09) | | $8,934.98 |
| 03/05/2021 | (22) | Juan P. Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. Re-entered deposit. Reversed one that was scanned in and deposited earlier today because was scanned for $.09 more in error by bank.  Correct check amount is $1,000. | 1241-000 | $1,000.00 | | $9,934.98 |
| 03/11/2021 | (22) | Juan P. Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $10,934.98 |
| 03/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $16.86 | $10,918.12 |
| 04/02/2021 | (22) | Juan P. Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $11,918.12 |
| 04/21/2021 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $12,918.12 |
| 04/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $20.42 | $12,897.70 |
| | | | SUBTOTALS | | $13,000.00 | $102.30 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-21823-PDR | | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0428 | | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/30/2019 | | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 10/19/2022 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/12/2021 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $13,897.70 |
| 05/28/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $20.51 | $13,877.19 |
| 06/17/2021 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $2,500.00 | | $16,377.19 |
| 06/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $23.49 | $16,353.70 |
| 07/18/2021 | (22) | Juan Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $2,500.00 | | $18,853.70 |
| 07/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $29.06 | $18,824.64 |
| 08/31/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $29.39 | $18,795.25 |
| 09/09/2021 | (22) | Juan P. Bruzual | Settlement; Per Order dated 9/8/20, DE# 117. | 1241-000 | $1,000.00 | | $19,795.25 |
| 09/30/2021 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $30.49 | $19,764.76 |
| 11/16/2021 | 11002 | Kenneth A. Welt | Trustee Compensation | 2100-000 | | $2,750.00 | $17,014.76 |
| 11/16/2021 | 11003 | Kenneth A. Welt | Trustee Expenses | 2200-000 | | $186.76 | $16,828.00 |
| 11/16/2021 | 11004 | Rappaport Osborne & Rappaport, PLLC | Claim #: ; Amount Allowed: 774.05; Distribution Dividend: 100.00; Account Number: ; | 3220-000 | | $774.05 | $16,053.95 |
| 11/16/2021 | 11005 | Rappaport Osborne & Rappaport, PLLC | Claim #: ; Amount Allowed: 10,000.00; Distribution Dividend: 100.00; Account Number: ; | 3210-000 | | $10,000.00 | $6,053.95 |
| 11/16/2021 | 11006 | BMO Harris Bank N.A. | Claim #: 1; Amount Allowed: 1,432.62; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $5.54 | $6,048.41 |
| 11/16/2021 | 11007 | BMO Harris Bank N.A. | Claim #: 2; Amount Allowed: 53,560.94; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $206.96 | $5,841.45 |
| 11/16/2021 | 11008 | BMO Harris Bank N.A. | Claim #: 3; Amount Allowed: 65,953.86; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $254.85 | $5,586.60 |
| 11/16/2021 | 11009 | BMO Harris Bank N.A. | Claim #: 4; Amount Allowed: 65,953.86; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $254.85 | $5,331.75 |
| 11/16/2021 | 11010 | Commercial Credit Group Inc. | Claim #: 5; Amount Allowed: 138,228.09; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $534.12 | $4,797.63 |
| 11/16/2021 | 11011 | ENGS Commercial Finance Co. | Claim #: 6; Amount Allowed: 94,159.97; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $363.84 | $4,433.79 |
| 11/16/2021 | 11012 | ENGS Commercial Finance Co. | Claim #: 7; Amount Allowed: 90,789.63; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $350.81 | $4,082.98 |

| | | | | SUBTOTALS | $7,000.00 | $15,814.72 | |

Page No: 3    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-21823-PDR | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0428 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/30/2019 | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 10/19/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2021 | 11013 | ENGS Commercial Finance Co. | Claim #: 8; Amount Allowed: 59,681.15; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $230.61 | $3,852.37 |
| 11/16/2021 | 11014 | Bank of America, N.A. | Claim #: 9; Amount Allowed: 17,635.04; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $68.14 | $3,784.23 |
| 11/16/2021 | 11015 | JPMorgan Chase Bank, N.A. | Claim #: 10; Amount Allowed: 22,037.85; Distribution Dividend: 0.39; Account Number: 5995; | 7100-000 | | $85.16 | $3,699.07 |
| 11/16/2021 | 11016 | Clerk, US Bankruptcy Court | Small Dividends | * | | $7.10 | $3,691.97 |
| | | | Claim Amount $(3.76) | 7100-001 | | | $3,691.97 |
| | | | Claim Amount $(3.34) | 7100-001 | | | $3,691.97 |
| 11/16/2021 | 11017 | Bank of America, N.A. | Claim #: 12; Amount Allowed: 32,392.12; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $125.16 | $3,566.81 |
| 11/16/2021 | 11018 | American Express National Bank c/o Becket and Lee LLP | Claim #: 13; Amount Allowed: 1,549.60; Distribution Dividend: 0.39; Account Number: 1006; | 7100-000 | | $5.99 | $3,560.82 |
| 11/16/2021 | 11019 | Taylor & Associates, Attorneys at Law, PL | Claim #: 14; Amount Allowed: 8,378.50; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $32.37 | $3,528.45 |
| 11/16/2021 | 11020 | Citibank, N.A. | Claim #: 15; Amount Allowed: 5,502.04; Distribution Dividend: 0.39; Account Number: 2176; | 7100-000 | | $21.26 | $3,507.19 |
| 11/16/2021 | 11021 | Hector Augusto R. Gomez | Claim #: 17; Amount Allowed: 20,917.52; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $80.83 | $3,426.36 |
| 11/16/2021 | 11022 | Domingo Leon Ottati Gams | Claim #: 18; Amount Allowed: 123,974.21; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $479.04 | $2,947.32 |
| 11/16/2021 | 11023 | Commercial Equipment Finance International LLC | Claim #: 19; Amount Allowed: 157,150.15; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $607.23 | $2,340.09 |
| 11/16/2021 | 11024 | PACCAR Financial Corp. | Claim #: 20; Amount Allowed: 88,105.02; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $340.44 | $1,999.65 |
| 11/16/2021 | 11025 | Jose Maria Rivas Mileo | Claim #: 21; Amount Allowed: 251,089.30; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $970.22 | $1,029.43 |
| 11/16/2021 | 11026 | Freddy Rivas | Claim #: 22; Amount Allowed: 42,514.88; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $164.28 | $865.15 |

SUBTOTALS    $0.00    $3,217.83

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-21823-PDR | | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0428 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/30/2019 | | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 10/19/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2021 | 11027 | VFS US LLC attn: bankruptcy group | Claim #: 23; Amount Allowed: 223,897.79; Distribution Dividend: 0.39; Account Number: ; | 7100-000 | | $865.15 | $0.00 |
| 03/28/2022 | 11021 | STOP PAYMENT: Hector Augusto R. Gomez | Claim #: 17; Amount Allowed: 20,917.52; Distribution Dividend: 0.39; Account Number: ; | 7100-004 | | ($80.83) | $80.83 |
| 03/28/2022 | 11028 | CLERK, U.S. BANKRUPTCY COURT | Unclaimed Funds -Claim #: 17; Amount Allowed: 20,917.52; Distribution Dividend: 0.39; Account Number: | 7100-001 | | $80.83 | $0.00 |
| | | | **TOTALS:** | | $20,000.00 | $20,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $20,000.00 | $20,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $20,000.00 | $20,000.00 | |

| For the period of 8/30/2019 to 10/19/2022 | | For the entire history of the account between 08/27/2020 to 10/19/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $20,000.00 | Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 | Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $20,000.00 | Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 | Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

Page No: 5      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-21823-PDR | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | BRUZUAL, JUAN PABLO | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***0428 | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/30/2019 | Blanket bond (per case limit): | $53,950,000.00 |
| For Period Ending: | 10/19/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,000.00 | $20,000.00 | $0.00 |

**For the period of 8/30/2019 to 10/19/2022**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/30/2019 to 10/19/2022**

| | |
|---|---|
| Total Compensable Receipts: | $20,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $20,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KENNETH A. WELT

KENNETH A. WELT