**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                    Case No. 19-21823-PDR
                                                                                    Chapter 7

JUAN PABLO BRUZUAL

_____Debtor(s)____/


### DEBTOR'S MOTION FOR LEAVE TO AMEND SCHEDULES TO CASE TO ADD CREDITOR

COMES now the Debtor, JUAN PABLO BRUZUAL, by and through the undersigned attorney, and files this Motion for Leave Amend Schedules to Add an Omitted Creditor and as grounds would state as follows:

1. Debtor filed a Chapter 7 Petition on 8/30/2019.  He received an Order of Discharge on 9/24/2020.

2. On 6/28/2022 a lawsuit was against the Debtor alleging a cause of action which arose prior to the Debtor filing his petition in the instant case.  The Plaintiff in that case was not listed as a Creditor in the Debtor's case.

3. The reason that the Debtor did not list the creditor in his bankruptcy was because at no time prior to the filing of his petition did the purported creditor ever make a demand to the Debtor for payment.  Since the Debtor had not received any demand for payment, he did not believe that he owed a debt to this creditor at the time of filing and was not aware of the claim.

WHEREFORE, the Debtor respectfully requests this Honorable Court grant his Motion for Leave to Amend his schedules and to allow the Debtor to add the purported creditor, along with any other relief this Court deems necessary and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion was served upon the parties listed below on December 8, 2022.

/s/ThomasWillis, Esq.
4433 Kiln CT, Building D
Louisville, KY 40218
doralattorney@gmail.com

19-21823-PDR Notice will be electronically mailed to:

Frederic J Dispigna on behalf of Creditor Bank of America, N.A. fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com

Corali Lopez-Castro, Esq on behalf of Creditor Daniel Guenni clc@kttlaw.com, rcp@kttlaw.com

James B Miller on behalf of Debtor Juan Pablo Bruzual bkcmiami@gmail.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Trustee Kenneth A Welt office@rorlawfirm.com, 4275819420@filings.docketbird.com

Kenneth A Welt
fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz

All other interested parties shall be served by first class US Mail.