

ORDERED in the Southern District of Florida on March 15, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Juan Pablo Bruzual            Case No. 19-21823-PDR
                                     Chapter 13
    Debtor.
_____/

### [i]AGREED ORDER DENYNG MOTION TO QUASH

This cause came before the Court upon Omitted Creditor, USAG Logistics, LLC's Motion to Quash. Debtor and USAG Logistics, LLC having agreed to the entry of this Order in accordance with the terms set forth herein.

Consequently, it is **ORDERED** as follows:

1. USAG Logistics, LLC's Motion to Quash [DE 145] is denied.

2. USAG Logistics, LLC agrees to have been properly served and accepts service of Debtor's Amended Verified Motion for Leave to Amend Schedules to Case

    to Add Creditor [DE 140].

3. The Debtor and USAG Logistics, LLC agree to continue the hearing on Debtor's Amended Verified Motion for Leave to Amend Schedules to Case to Add Creditor [DE 140] scheduled for hearing on March 9, 2023 within a month.

###

**Submitted by:**

Ricardo A Rodriguez, Esq.
14261 Commerce Way, Suite 105
Miami Lakes, FL 33016
305.262.8226

Attorney Ricardo A Rodriguez shall serve a copy of this Order on all interested parties and file a Certificate of Service within three (3) days of its entry.

---

[i] The parties agreed by and through counsel. Ricardo A. Rodriguez, Esquire represents the Debtor and Zachary P. Hyman with Millennial Law, Inc., represents USAG Logistics LLC.