

ORDERED in the Southern District of Florida on March 29, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: Juan Pablo Bruzual | Case No. 19-21823-PDR |
| | Chapter 13 |
| Debtor. | |
| _____/ | |

**ORDER GRANTING DEBTOR'S EX PARTE MOTION FOR REMOTE ATTENDANCE AT HEARING ON DEBTOR'S AMENDED MOTION FOR LEAVE TO AMEND SCHEDULES SET FOR MARCH 30, 2023 [DE 157]**

This matter came before the Court on Debtor's Ex Parte Motion for Remote Attendance at Hearing on Debtor's Amended Motion for Leave to Amend Schedules Set for March 30, 2023 [ECF no. 157], the Court having reviewed the record and being duly advices on the premises, it is ordered that:

1. Debtor's Ex Parte Motion for Remote Attendance at Hearing on Debtor's Amended Motion for Leave to Amend Schedules Set for March 30, 2023 [DE 157] is granted.

2. The Debtor, Juan Pablo Bruzual, may appear remotely via Zoom.

3. The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

###

**Submitted by:**

Ricardo A Rodriguez, Esq.
14261 Commerce Way, Suite 105
Miami Lakes, FL 33016
T. 305.262.8226
F. 305.262.8229
ricardo@rdgzlaw.com

Attorney Ricardo A Rodriguez is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.